RECEIVED
MAY 16 2016
CORP-2

H62664  131

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

| | | |
|---|---|---|
| JAMES HARRISON | ) | |
| Plaintiff, | ) | |
| vs. | ) NO: | 16-L-18 |
| DAVID KOBER, and | ) | |
| FRANZEN TRUCKING, LLC, a corporation, | ) | |
| Defendants, | ) | |

FILED
CLERK OF THE CIRCUIT COURT
APR 13 2016
Ronda Yates
MARION COUNTY
SALEM ILLINOIS

## COMPLAINT

### COUNT I
(Comparative Negligence)
James Harrison v. David Kober

Now comes the Plaintiff, James Harrison, by and through his attorney, Thomas C. Rich, P.C., and for his cause of action against the Defendant, David Kober, respectfully represents unto the Court as follows:

1. That on November 13, 2014, the Plaintiff was operating a motor vehicle traveling Southbound on I-57, near milepost 114, in the County of Marion, and the State of Illinois.

2. That on November 13, 2014, the Defendant, David Kober, was operating a motor vehicle traveling Southbound on I-57, near milepost 114, in the County of Marion, and the State of Illinois.

3. That at said time and place, the vehicle operated by the Defendant, David Kober, struck the rear of Plaintiff's vehicle.

4. That at said time and place, the Defendant committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the collision to occur:

    a.    The Defendant failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of the Plaintiff;

    b.    The Defendant drove his vehicle in such a manner as to cause it to strike the rear of the Plaintiff's vehicle;

    c.    The Defendant failed to properly apply the brakes of his vehicle;

    d.    The Defendant operated his vehicle at an excessive rate of speed which was greater than was reasonable and proper having regard for the traffic then and there upon said highway and the condition of said highway, contrary to the provisions of 625 ILCS 5/11-601; and

    e.    The Defendant followed the Plaintiff's vehicle more closely than was reasonable and proper having regard for the speed of such vehicle and the traffic then and there upon said highway and the condition of the highway, contrary to the provisions of 625 ILCS 5/11-710(a).

5.    That as a direct and proximate result of one or more of the foregoing acts of negligence and/or omissions of the Defendant, David Kober, the Plaintiff was injured in one or more of the following ways:

    a.    The Plaintiff was made sick, sore, lame, disordered and disabled and suffered extensive injuries to his head, body, and limbs, both internally and externally;

    b.    The Plaintiff received injuries to his neck;

    c.    The Plaintiff received injuries to his leg;

    d.    The Plaintiff received injuries to his back;

    e.    The Plaintiff received injuries to the soft tissues of the cervical, shoulder, and lumbar area, including the muscles, ligaments, tendons and nerves;

    f.    The Plaintiff has expended money for necessary medical care, treatment and services and will be required to expend money for medical care, treatment and services in the future;

    g.    The Plaintiff has suffered disability as a result of his injuries;

    h.    The Plaintiff has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries; and

i.    The Plaintiff has lost money from the loss of wages and will suffer an impairment of future earning capacity.

WHEREFORE, the Plaintiff, James Harrison, prays judgment against the Defendant, David Kober, for a fair and just award in excess of Fifty Thousand Dollars ($50,000.00) plus costs of this suit.

## COUNT II
(Comparative Negligence)
James Harrison v. Franzen Trucking, LLC, a corporation

Now comes the Plaintiff, James Harrison, by and through his attorney, Thomas C. Rich, P.C., and for his cause of action against the Defendant, Franzen Trucking, LLC, a corporation, (herinafter referred to as Franzen Trucking), respectfully represents unto the Court as follows:

1.    That on November 13, 2014, the Plaintiff was operating a motor vehicle traveling Southbound on I-57, near milepost 114, in the County of Marion, and the State of Illinois.

2.    That on November 13, 2014, the Defendant, Franzen Trucking, by and through its agent and employee, was operating a motor vehicle traveling Southbound on I-57, near milepost 114, in the County of Marion, and the State of Illinois.

3.    That at said time and place, the vehicle operated by the Defendant, Franzen Trucking, by and through its agent and employee, struck the rear of Plaintiff's vehicle.

4.    That at said time and place, the Defendant, by and through its agent and employee, committed one or more of the following acts of negligence and/or omissions which directly and proximately caused the collision to occur:

a.    The Defendant, by and through its agent and employee, failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of the Plaintiff;

b.    The Defendant, by and through its agent and employee, drove his vehicle in such a manner as to cause it to strike the rear of the Plaintiff's vehicle;

c. The Defendant, by and through its agent and employee, failed to properly apply the brakes of his vehicle;

d. The Defendant, by and through its agent and employee, operated his vehicle at an excessive rate of speed which was greater than was reasonable and proper having regard for the traffic then and there upon said highway and the condition of said highway, contrary to the provisions of 625 ILCS 5/11-601; and

e. The Defendant, by and through its agent and employee, followed the Plaintiff's vehicle more closely than was reasonable and proper having regard for the speed of such vehicle and the traffic then and there upon said highway and the condition of the highway, contrary to the provisions of 625 ILCS 5/11-710(a).

5. That as a direct and proximate result of one or more of the foregoing acts of negligence and/or omissions of the Defendant, Franzen Trucking, by and through its agent and employee, the Plaintiff was injured in one or more of the following ways:

a. The Plaintiff was made sick, sore, lame, disordered and disabled and suffered extensive injuries to his head, body, and limbs, both internally and externally;

b. The Plaintiff received injuries to his neck;

c. The Plaintiff received injuries to his leg;

d. The Plaintiff received injuries to his back;

e. The Plaintiff received injuries to the soft tissues of the cervical, shoulder, and lumbar area, including the muscles, ligaments, tendons and nerves;

f. The Plaintiff has expended money for necessary medical care, treatment and services and will be required to expend money for medical care, treatment and services in the future;

g. The Plaintiff has suffered disability as a result of his injuries;

h. The Plaintiff has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries; and

i. The Plaintiff has lost money from the loss of wages and will suffer an impairment of future earning capacity.

WHEREFORE, the Plaintiff, James Harrison, prays judgment against the Defendant, Franzen Trucking, LLC, a corporation, for a fair and just award in excess of Fifty Thousand Dollars ($50,000.00) plus costs of this suit.

Respectfully submitted,

BY: THOMAS C. RICH, P.C.
Mr. Thomas C. Rich #06186229
Ms. Kristina D. Cooksey #6299549
Mrs. Michelle M. Rich #6310004
Attorneys at Law
6 Executive Drive, Suite 3
Fairview Heights, IL 62208
618-632-0044 PHONE
618-632-9749 FAX
tomrich@tomrichlaw.com

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

| | | |
|---|---|---|
| JAMES HARRISON | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) NO: | 16-L-18 |
| DAVID KOBER, and FRANZEN TRUCKING, LLC, a corporation, | ) ) ) ) | **FILED** CLERK OF THE CIRCUIT COURT APR 13 2016 |
| Defendants, | ) | Ronda Yates MARION COUNTY SALEM ILLINOIS |

### AFFIDAVIT

Now comes Thomas C. Rich, P.C. attorney for the Plaintiff in the above titled action and at the time of the filing of this Complaint have reasonable grounds to believe that the damages to the Plaintiff as a result of the injuries sustained herein will be in excess of Fifty Thousand Dollars ($50,000.00).

4-11-16
DATE

BY: THOMAS C. RICH, P.C.
Mr. Thomas C. Rich #06186229
Ms. Kristina D. Cooksey #6299549
Mrs. Michelle M. Rich #6310004
Attorneys at Law
6 Executive Drive, Suite 3
Fairview Heights, IL 62208
618-632-0044 PHONE
618-632-9749 FAX
tomrich@tomrichlaw.com

**STATE OF ILLINOIS**

IN THE CIRCUIT COURT OF THE __Fourth__ JUDICIAL CIRCUIT
__Marion__ COUNTY

| Plaintiff(s) | vs | Defendant(s) |
|---|---|---|
| James Harrison | | 16-L-18<br>Franzen Trucking, LLC, a corporation |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

Pltf. Atty. __Thomas C. Rich, P.C.__ Code _____
Address __1 Executive Drive, Suite 3__
City __Fairview Heights, IL 62208__ Phone __618-632-4444__
Add. Pltf. Atty. _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME __Henry P. Franzen, Jr.__
ADDRESS __W3515 County Road C__
CITY & STATE __Sheboygan Falls, WI 53085__

**SUMMONS**
To the above named defendant(s)......:

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20 __
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ __4/13__ 20 __16__

_____
Clerk of Court
BY DEPUTY: _____

**SEAL**

DATE OF SERVICE: _____, 20 ____
(To be inserted by officer on copy left with defendant or other person)

RBP/503 (618) 277-4109

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of Service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

_____, Sheriff of _____ County

_____, Deputy

**SHERIFF'S FEES**

Service and return_____$
Miles _____
Total _____$

Sheriff of _____ County

Duly served this _10_ day of _May_ 20 _16_
at _11:10_ AM/PM UPON _H.F._
as personal or substituted service
at _N3515 CTH C_  _Sheb. Falls_
(Street address or location)   (City, Town, Village)
Sheboygan County, Wisconsin
by _Knitt_   Title _Deputy_
Sheboygan County Sheriff's Department

**STATE OF ILLINOIS**

ALIAS

IN THE CIRCUIT COURT OF THE **FOURTH** JUDICIAL CIRCUIT

**MARION** COUNTY

16 L 18

James Harrison    vs    David Kober

Plaintiff(s)                         Defendant(s)

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Thomas C. Rich PC   Code _____
Address 6 Executive Dr, Suite 3
City Fairview Heights, IL 62208   Phone 618 632 0044
Add. Pltf. Atty. _____ Code _____

NAME David Kober
ADDRESS N 1635 County Rd GGG
CITY & STATE Campellsport, WI 53011

**SUMMONS**
To the above named defendant(s)......:

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20 __
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 5/27 _____ 20 16
Ronda Yates
Clerk of Court

BY DEPUTY: Debbie Hildreth

**SEAL**

DATE OF SERVICE: _____ , 20 __
(To be inserted by officer on copy left with defendant or other person)

RBP/503 (618) 277-4109

# THOMAS C. RICH, P.C.
## ATTORNEYS AT LAW

Thomas C. Rich *
Kristina D. Cooksey *
Michelle M. Rich *
* Licensed in Illinois And Missouri
Tax I.D. #37-1319460

6 EXECUTIVE DRIVE, SUITE 3
FAIRVIEW HEIGHTS, IL 62208

(618) 632-0044
Fax (618) 632-9749
tomrich@tomrichlaw.com

Practice Limited To
Workers' Compensation,
Personal Injury And
Disability Claims

May 25, 2016

**FILED**
**CLERK OF THE CIRCUIT COURT**

**MAY 27 2016**

*Ronda Yates*
**MARION COUNTY**
**SALEM ILLINOIS**

Clerk of the Circuit Court
Marion County Courthouse
100 East Main Street
Salem, IL 62881

RE: James Harrison v. David Kober and Franzen Trucking, LLC, a corporation
NO: 16 L 18

To Whom It May Concern:

I respectfully request that you please issue an ALIAS summons upon the Defendant, David Kober, and return same back to this office so that we may obtain service upon the Defendant.

Enclosed please find a check in the amount of $5.00 for same. Thank you.

Very truly yours,

Thomas C. Rich

TCR/jmb
Enclosure